# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02123-NYW

GOCHA OKUJAVA, (A# 245-461-759),

      Petitioner,

v.

JUAN BALTASAR, Warden, Denver Contract Detention Facility (Aurora), in his official capacity,
GEORGE VALDEZ, Acting Field Office Director for the Denver Field Office of U.S. Immigration and Customs Enforcement, in his official capacity,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, and
TODD BLANCHE, Attorney General of the United States, in his official capacity,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 2, 2026 [Doc. 16], it is

ORDERED that the remaining claims in the Petition [Doc. 1] and the Emergency Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 2] are DENIED as moot. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 6th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk